IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN HART**<br><br>   *Plaintiff,*<br> v.<br><br>**STEVEN PARKINSON, et al.,**<br><br>   *Defendants.* | **Case No. 2:13-cv-6662-JDW** |

### ORDER

AND NOW, this 10th day of January, 2024, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 62), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion For Summary Judgment Against Defendants Steven Parkinson And Kathryn Gordon (ECF No. 63) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

                **BY THE COURT:**

                */s/ Joshua D. Wolson*
                JOSHUA D. WOLSON, J.